under the same brand name. As such, consumers who purchase counterfeit MARLBORO®

and/or MARLBORO LIGHTS® brand cigarettes are likely to be confused and/or disappointed

by obtaining counterfeit cigarettes when they intended to purchase genuine MARLBORO®

and/or MARLBORO LIGHTS® brand cigarettes. In addition, the sale of counterfeit

MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes is likely to cause confusion

among consumers regarding Philip Morris USA's sponsorship or approval of the counterfeit

cigarettes. As a result of Defendants' actions, Philip Morris USA is suffering a loss of the

enormous goodwill Philip Morris USA created in its MARLBORO® products and is losing

profits from lost sales of genuine products.

     16.    Defendants are likely to continue to commit the acts complained of herein, and

unless restrained and enjoined, will continue to do so, all to Philip Morris USA's irreparable

damage.

## FIRST CLAIM FOR RELIEF

### (For Infringement of Registered Trademarks in Violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1))

     17.    Philip Morris USA specifically realleges and incorporates herein by reference

each and every allegation contained in Paragraphs 1 through 16 hereof.

     18.    The acts of Defendants alleged herein constitute the use in commerce, without the

consent of Philip Morris USA, of a reproduction, counterfeit, copy, or colorable imitation of one

or more of the Marlboro Trademarks in connection with the sale, offering for sale, distribution,

or advertising of goods, which use is likely to cause confusion or mistake, or to deceive

consumers and therefore infringe Philip Morris USA's rights in one or more of the Marlboro

Trademarks, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

19.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct. Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## SECOND CLAIM FOR RELIEF

### (For False Designation of Origin and Trademark and Trade Dress Infringement in Violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A))

20.    Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 19 hereof.

21.    The acts of Defendants alleged herein constitute the use in interstate commerce of a word, term, name, symbol, or device, or any combination thereof, or false designation of origin, in connection with the sale, or offering for sale, of goods in violation of section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A). These acts of Defendants are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Philip Morris USA, or as to the origin, sponsorship, or approval of counterfeit cigarettes by Philip Morris USA.

22.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct. Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## THIRD CLAIM FOR RELIEF

### (For Unfair Competition in Violation of New York State Common Law)

23.    Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 22 hereof.

24.    Defendants' conduct, as alleged above, constitutes unfair competition under New York State common law. Defendants' acts have resulted in the "passing off" of Defendants'

products as those of Philip Morris USA, or as somehow related or associated with, or sponsored or endorsed by Philip Morris USA.

25.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct. Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## FOURTH CLAIM FOR RELIEF

### (For Trademark Infringement Under New York State Common Law)

26.    Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 25 hereof.

27.    The Marlboro Trademarks are valid trademarks under New York State common law.

28.    The acts of Defendants alleged herein constitute the use, without the consent of Philip Morris USA, of a reproduction, counterfeit, copy, or colorable imitation of the Marlboro Trademarks in connection with the advertisement, promotion, sale, and distribution of products and/or services identical or near-identical to those offered by Philip Morris USA, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Philip Morris USA's rights in the Marlboro Trademarks, in violation of Philip Morris USA's common law trademark rights.

29.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct. Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## FIFTH CLAIM FOR RELIEF

### (For Deceptive Acts and Practices, New York Gen. Bus. Law § 349)

30.    Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 29 hereof.

31.    By the acts described above, including, without limitation, Defendants' false and/or misleading statements regarding the quality of its products and the legality of their sale, Defendants have engaged in deceptive acts or practices in the conduct of business and furnishing of goods in violation of Section 349 of New York General Business Law. Defendants' conduct is consumer-oriented, has affected the public interest of New York State, and has resulted in injury to consumers within New York.

32.    Defendants' deceptive acts or practices are materially misleading and, upon information and belief, have actually deceived, and have a tendency to deceive, a material segment of the persons to whom Defendants have directed their marketing activities, and Philip Morris USA has been injured thereby.

33.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct. Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## SIXTH CLAIM FOR RELIEF

### (For Trademark Infringement, New York Gen. Bus. Law §§ 360-k *et seq.*)

34.    Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 33 hereof.

35.    Philip Morris USA is the owner of the Marlboro Trademarks. By virtue of Philip Morris USA's prominent, long and continuous use of the Marlboro Trademarks, they have become and continue to be distinctive.

11

36.    The acts of Defendants alleged herein constitute the use in commerce, without the

consent of Philip Morris USA, of a reproduction, counterfeit, copy, or colorable imitation of the

Marlboro Trademarks in connection with the sale, offering for sale, distribution, or advertising

of goods, which use is likely to cause confusion or mistake, or to deceive consumers as to the

source of origin of such goods, and therefore infringe Philip Morris USA's rights in the

Marlboro Trademarks, in violation of New York General Business Law Sections 360-k *et seq.*

37.    Philip Morris USA has no adequate remedy at law for the foregoing wrongful

conduct.  Philip Morris USA has been, and absent injunctive relief will continue to be,

irreparably harmed by Defendants' actions.

## PRAYER

WHEREFORE, Plaintiff Philip Morris USA Inc. prays for judgment as follows:

A.    For judgment that:

  (i)    Defendants have violated Section 32(1) of the Lanham Act, 15 U.S.C.
  § 1114;

  (ii)   Defendants have violated Section 43(a) of the Lanham Act, 15 U.S.C.
  § 1125(a);

  (iii)  Defendants have engaged in unfair competition in violation of New York
  State common law;

  (iv)   Defendants have engaged in trademark infringement in violation of New
  York State common law;

  (v)    Defendants have violated Section 349 of New York's General Business
  Law; and

  (vi)   Defendants have violated Sections 360-k *et seq.* of New York's General
  Business Law.

B.    For an injunction restraining and enjoining Defendants and their divisions,

subsidiaries, officers, agents, employees, attorneys, and all those persons in active concert or

participation with them who receive actual notice of the order by personal service or otherwise, from (i) purchasing, distributing, selling, or offering for sale, counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes, or assisting, aiding or abetting any other person or entity in doing so; or (ii) using the Marlboro Trademarks or trademarks confusingly similar therewith or the MARLBORO® and/or MARLBORO LIGHTS® trade dress or trade dress confusingly similar therewith with the exception of the sale and, offering for sale of genuine MARLBORO® and/or MARLBORO LIGHTS® cigarettes.

C.    For an order requiring Defendants to cooperate in good faith with Philip Morris USA in its investigations of counterfeit sales at their retail establishments, including, without limitation, by:  (a) permitting representatives of firms under contract with Philip Morris USA to conduct inspections, without notice, of Defendants' cigarette inventories to determine whether any packs of cigarettes bearing the MARLBORO® and/or MARLBORO LIGHTS® trademarks are counterfeit and to retain possession of any such cigarettes that are determined to be counterfeit; (b) responding to reasonable requests for information about Defendants' suppliers of MARLBORO® and/or MARLBORO LIGHTS® cigarettes; and (c) cooperating with Philip Morris USA's representatives in their investigations of any suppliers of MARLBORO® and/or MARLBORO LIGHTS® cigarettes.

D.    For an order (i) requiring Defendants to account for and pay over to Philip Morris USA all of Defendants' profits derived from its unlawful conduct, to the full extent provided for by Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), including the treble damages where appropriate; (ii) as an alternative to awarding profits under Section 35(a), awarding Philip Morris USA statutory damages as provided for by Section 35(c) of the Lanham Act, 15 U.S.C. § 1117(c); and (iii) awarding Philip Morris USA damages and attorney fees and costs to the full

13

extent provided for by Sections 349 and 360-k *et seq.* of New York's General Business Law; and

(iv) awarding Philip Morris USA general and special damages to the full extent provided by New York State common law.

      E.     For costs of suit, including attorneys' fees where appropriate, and for such other and further relief as the Court shall deem appropriate.

Dated: New York, New York
      September 26, 2007

Respectfully submitted,

HELLER EHRMAN LLP


Jennifer L. Larson (JL 8114)
Times Square Tower
7 Times Square
New York, New York 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600


James G. Ryan (JR 9446)
CULLEN and DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone: (516) 357-3700
Facsimile: (516) 357-3792


*Attorneys for Plaintiff Philip Morris USA Inc.*

*Of counsel:*

John C. Ulin (CA State Bar No. 165524)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, California 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

# EXHIBIT A

EXHIBIT A

| DEF NO. | STORE NAME | ADDRESS | CITY | STATE | ZIP | OWNER(S) | BUY DATE(S) | BRAND PURCHASED |
|---|---|---|---|---|---|---|---|---|
| 1 | A & V MINI-MARKET | 1166 PUGSLEY AVE | BRONX | NY | 10472 | A & V MINIMARKET, INC. | 6/6/2007 | MARLBORO |
| 2 | A.M. GROCERY-DELI | 681 E. 187th STREET | BRONX | NY | 10458 | ABDO K.S. NAGI | 6/19/2007 | MARLBORO |
| 3 | GOURMET DELI | 770 HUNTS POINT AVENUE | BRONX | NY | 10474 | GOURMET DELI GROCERY CORP. | 5/22/2007 | MARLBORO |
| 4 | LA FAVORITA DELI GROCERY | 3515 ROCHAMBEAU AVENUE | BRONX | NY | 10459 | LA FAVORITA DELI GROCERY CORP. | 5/15/2007 | MARLBORO |
| 5 | UNIVERSITY FOOD MARKET CORP | 1538 UNIVERSITY AVENUE | BRONX | NY | 10452 | UNIVERSITY FOOD MARKET CORP. | 4/15/2007 | MARLBORO |
| 6 | F & J DELI | 768 CASTLE HILL AVENUE | BRONX | NY | 10473 | F & J DELI DELIGHT INC. | 6/5/2007 | MARLBORO |
| 7 | LOPEZ FRUIT & VEGTABLE MARKET | 600 SOUTHERN BLVD. | BRONX | NY | 10455 | FELCIANO LOPEZ FRANCISCA SANTIAGO | 4/28/2007 | MARLBORO |
| 8 | GOLDMINE GROCERY | 1288 WASHINGTON AVENUE | BRONX | NY | 10456 | GOLD MINE GROCERY, INC. | 4/25/2007 5/24/2007 | MARLBORO MARLBORO |
| 9 | TAIZ GROCERY | 5 E. GUNHILL ROAD | BRONX | NY | 10467 | UPTOWN DELI & GROCERY CORP. | 5/14/2007 | MARLBORO |
| 10 | HARLEM CARNICERIA HISPANA & DELI | 1634 MADISON AVENUE | NEW YORK CITY | NY | 10029 | HARLEM CARNICERIA HISPANA & DELI, INC. | 4/16/2007 | MARLBORO |
| 11 | I & I CONVENIENCE STORE | 804A E. 180TH STREET | BRONX | NY | 10460 | I & I CONVENIENCE STORE INC. | 5/28/2007 | MARLBORO |
| 12 | INK ON A | 66 AVENUE A | NEW YORK CITY | NY | 10009 | INKONA NEWS STAND, INC. | 5/4/2007 | MARLBORO |
| 13 | J & B DELI GROCERY CORP. | 2344 LORILLARD PLACE | BRONX | NY | 10458 | J & B DELI GROCERY CORP. | 6/19/2007 | MARLBORO |
| 14 | JEROME DELI GROCERY | 1759 JEROME AVENUE | BRONX | NY | 10453 | TW DELI & GROCERY CORP. | 4/21/2007 | MARLBORO LIGHTS |
| 15 | JUMBO DELI GROCERY | 1300 LAFAYETTE AVENUE | BRONX | NY | 10474 | HAFIZ ABDULLA SAIDI | 6/5/2007 | MARLBORO |
| 16 | K & G DELI | 9 W. 183rd STREET | BRONX | NY | 10453 | K & G DELI GROCERY, INC. | 4/27/2007 | MARLBORO |
| 17 | LEENA DELI & GROCERY | 1616 BRUCKNER BLVD. | BRONX | NY | 10473 | LEENA DELI & GROCERY CORP. | 6/6/2007 | MARLBORO |
| 18 | SOUTHERN BLVD. DELI | 901 SOUTHERN BLVD. | BRONX | NY | 10459 | MENZAL S. AZOOKARI | 5/15/2007 | MARLBORO |
| 19 | MANNYS MINI MARKET | 1405 TOWNSHEND AVENUE | BRONX | NY | 10452 | MANNYS MINI MARKET, INC. | 4/15/2007 | MARLBORO |
| 20 | MATEO GROCERY | 1160 FTELEY AVENUE | BRONX | NY | 10472 | JUANA SUAZO | 6/6/2007 6/6/2007 | MARLBORO MARLBORO LIGHTS |
| 21 | MELISSA GROCERY | 1004 E. 174th STREET | BRONX | NY | 10460 | 174th STREET MELISSA FOOD CENTER CORP. | 6/18/2007 | MARLBORO |
| 22 | MATTHEW DELI FOOD CENTER | 2085 VALENTINE AVENUE | BRONX | NY | 10457 | MATTHEW FOOD CENTER CORP. | 5/5/2007 | MARLBORO |
| 23 | 315 GROCERY & CANDY | 315 E. 194TH STREET | BRONX | NY | 10458 | 315 GROCERY CORP. | 6/19/2007 | MARLBORO |
| 24 | MORRIS AVE. FOOD MART | 980 MORRIS AVENUE | BRONX | NY | 10456 | MORRIS AVE. FOOD MART CORP. | 3/30/2007 5/10/2007 | MARLBORO MARLBORO |
| 25 | NY #1 DISCOUNT GROCERY | 192 E. 167th STREET | BRONX | NY | 10456 | BRONX #1 DISCOUNT GROCERY CORP. | 5/13/2007 | MARLBORO |
| 26 | NY BEST DELI GROCERY | 721 BURKE AVENUE | BRONX | NY | 10455 | ADEL ELSAIDI | 5/12/2007 | MARLBORO |
| 27 | OLIVO GROCERY | 280 ST. ANNS AVENUE | BRONX | NY | 10454 | ANTERO OLIVO SECINDINO OLIVO | 4/28/2007 | MARLBORO |
| 28 | OMRAN GROCERY | 2285 1st AVENUE | NEW YORK CITY | NY | 10035 | ALI OMRAN | 4/22/2007 | MARLBORO |
| 29 | PARADISE DELI GROCERY | 2135 1st AVENUE | NEW YORK CITY | NY | 10029 | HAJJI DELI GROCERY INC. | 4/15/2007 | MARLBORO |
| 30 | RHS DELI GROCERY | 1223 BOSTON ROAD | BRONX | NY | 10460 | R H S GROCERY, INC. | 5/26/2007 5/26/2007 | MARLBORO LIGHTS MARLBORO |
| 31 | RODRIGUEZ DELI GROCERY | 1131 HAVEMEYER AVENUE | BRONX | NY | 10462 | MIGUEL RODRIGUEZ | 5/25/2007 | MARLBORO |
| 32 | TONYS FAMILY GROCERY | 526 E. 183rd STREET | BRONX | NY | 10458 | SOLFIS ZESARINA GUERRERO DE ORTIZ | 6/20/2007 | MARLBORO |
| 33 | S & P NEWS | 74 ST & BROADWAY NW CORNER | NEW YORK CITY | NY | 10023 | UNKNOWN BUSINESS ENTITY | 4/16/2007 | MARLBORO |
| 34 | SALCEDO GROCERY | 1150 ANDERSON AVENUE | BRONX | NY | 10452 | RAMON SALCEDO | 4/17/2007 | MARLBORO |
| 35 | SALEJ GROCERY | 646 E. 241st STREET | BRONX | NY | 10470 | MAJMUD SALEJ | 6/8/2007 | MARLBORO |
| 36 | SAMMY'S II DELI GROCERY INC. | 4052 WHITE PLAINS ROAD | BRONX | NY | 10466 | SAMMY'S II DELI GROCERY INC. | 5/18/2007 | MARLBORO |
| 37 | SAN JUAN FOOD MARKET | 919 EAST TREMONT AVENUE | BRONX | NY | 10460 | SAN JUAN FOOD MARKET, INC. | 4/21/2007 4/21/2007 | MARLBORO MARLBORO LIGHTS |
| 38 | W.A. DELI GROCERY | 2039 GRAND CONCOURSE | BRONX | NY | 10453 | WADDAH ALMAWRI | 4/27/2007 | MARLBORO |
| 39 | STEVEN DELI MARKET | 1135 OLMSTEAD AVENUE | BRONX | NY | 10472 | STEVEN DELI SUPERMARKET CORP. | 6/6/2007 6/6/2007 | MARLBORO LIGHTS MARLBORO |
| 40 | KIANELY FOOD CORP. | 1386 NELSON AVENUE | BRONX | NY | 10452 | KIANELY FOOD CORP. | 4/18/2007 | MARLBORO |
| 41 | NEW WATSON FOOD MARKET | 1580 WATSON AVENUE | BRONX | NY | 10472 | VEGA'S DELI GROCERY INC. | 6/6/2007 | MARLBORO |
| 42 | UNIVERSITY DELI | 1705 UNIVERSITY AVENUE | BRONX | NY | 10453 | UNIVERSITY DELI & GROCERY CORP. | 5/8/2007 | MARLBORO |
| 43 | WA GROCERY | 456 E. 149th STREET | BRONX | NY | 10455 | 456 EAST W.A. DELI & GROCERY INC. | 4/28/2007 4/28/2007 | MARLBORO LIGHTS MARLBORO |
| 44 | WEST FARM DELI GROCERY | 1002 E. TREMONT AVENUE | BRONX | NY | 10460 | GAMIL HASSAN | 4/20/2007 | MARLBORO |

EXHIBIT A

| DEF NO. | STORE NAME | ADDRESS | CITY | STATE | ZIP | OWNER(S) | BUY DATE(S) | BRAND PURCHASED |
|---|---|---|---|---|---|---|---|---|
| 45 | YEMEN KING DELI | 323 E. 108th STREET | NEW YORK CITY | NY | 10029 | ALI SAEED | 5/16/2007 | MARLBORO |
| 46 | 1086 JJP FOOD CENTER INC. | 1086 BOSTON ROAD | BRONX | NY | 10456 | JJP FOOD CENTER INC. | 4/21/2007 | MARLBORO |
| 47 | 394 GROCERY | 394 E. 167th STREET | BRONX | NY | 10456 | 394 GROCERY CORP. | 4/25/2007 | MARLBORO |
| 48 | 676 CASTLE HILL DELI | 676 CASTLE HILL AVENUE | BRONX | NY | 10473 | 676 CASTLE HILL GOMEZ GROCERY CORP. | 6/5/2007 | MARLBORO |
| 49 | 961 DELI GROCERY | 961 E. 165th STREET | BRONX | NY | 10456 | LATIN GROCERY LLC | 4/28/2007 | MARLBORO |

**EXHIBIT B**



BEST AVAILABLE COPY

## TRADE-MARK.

No. 68,502.                    ...ISTERED APR. 14, 1908.

PHILIP MORRIS & CO., LTD.
CIGARETTES.
APPLICATION FILED OCT. 17, 1907.

MARLBORO

*Proprietor*
*Philip Morris & Co., Ltd.*
*by Albert G. F. Decker*
*Attorney*

REPUBLISHED

Under Sec. 12 (c) 1946 Act    MAR 2 2 1949

AFFIDAVIT SEC. 8    AFFIDAVIT SEC. 15
ACCEPTED    RECEIVED 3-30-54

THIRD RENEWAL

Philip Morris Co
New York, N. Y.

65,302    CIGARETTES. Registered April 14, 1908.
Philip Morris & Co. Ltd. Renewed April 14, 1928, to
Philip Morris & Co. Ltd. Incorporated, New York, N. Y.,
a Corporation of Virginia, assignee.

65,302    MARLBORO. Registered Apr. 14, 1908, Philip
Morris & Co. Ltd. Renewed Apr. 14, 1928, to Philip
Morris & Co. Ltd. Incorporated, New York, N. Y., a cor-
poration of Virginia. CIGARETTES. Class 17.

# UNITED STATES PATENT OFFICE.

PHILIP MORRIS & CO., LTD., OF NEW YORK, N. Y.

## TRADE-MARK FOR CIGARETTES.

No. 68,302.    Statement and Declaration.    Registered April 14, 1908.

Application filed October 17, 1907.    Serial No. 36,846.

### STATEMENT.

To all whom it may concern:

Be it known that PHILIP MORRIS & CO.,
Ltd., a corporation duly organized under the
laws of the State of New York, and located
in the city of New York, county of New York,
in said State, and doing business at 102 West
Broadway, in said city, has adopted for its
use the trade-mark shown in the accompany-
ing drawing, for cigarettes, in Class 17, To-
bacco products.

The trade-mark has been continuously

used in the business of said corporation and
in the business of its predecessor, Philip
Morris & Co. Ltd., of London, England, since
1883.

The trade-mark is applied or affixed to the
goods, or to the packages containing the
same, by placing thereon a printed label on
which the trade-mark is shown.

PHILIP MORRIS & CO., Ltd.,
By HERBERT L. ALDRICH,
President.

### DECLARATION.

State of New York, county of New York, ss.:

HERBERT L. ALDRICH, being duly sworn,
deposes and says that he is the president of
the corporation, the applicant named in the
foregoing statement; that he believes the
foregoing statement is true; that he believes
said corporation is the owner of the trade-
mark sought to be registered; that no other
person, firm, corporation, or association, to
the best of his knowledge and belief, has the
right to use said trade-mark, either in the
identical form or in any such near resem-
blance thereto as might be calculated to de-
ceive; that said mark is used by said corpora-
tion in commerce among the several States of
the United States; that the drawing present-

ed truly represents the trade-mark sought to
be registered; that the specimens show the
trade-mark as actually used upon the goods;
and that the mark has been in actual use as a
trademark of the applicant for ten years
next preceding the passage of the act of Feb-
ruary 20, 1905, and that, to the best of his
knowledge and belief, such use has been ex-
clusive.

HERBERT L. ALDRICH.

Subscribed and sworn to before me this
10th day of January, 1908.

DAVID FISHER,
Notary Public, 177, Kings County,
Certificate filed in New York County.

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-24 10:21:23 ET

**Serial Number:** 71030646 Assignment Information        Trademark Document Retrieval

**Registration Number:** 68502

**Mark**



(words only): MARLBORO

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1988-11-07

**Filing Date:** 1907-10-17

**Transformed into a National Application:** No

**Registration Date:** 1908-04-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-07-06

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PHILIP MORRIS INCORPORATED

**Address:**
PHILIP MORRIS INCORPORATED
6601 West Broad Street

Richmond, VA 232616603
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active
CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1883-00-00
**First Use in Commerce Date:** 1883-00-00

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2006-05-05 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-05 - TEAS Change Of Owner Address Received

2005-12-16 - TEAS Change Of Correspondence Received

1988-04-14 - Fourth renewal

1988-04-08 - Section 9 filed/check record for Section 8

1968-04-14 - Third renewal

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Correspondent**
OLGA M. NEDELTSCHEFF
PHILIP MORRIS MANAGEMENT CORP
800 WESTCHESTER AVE # 6N
RYE BROOK NY 10573-1322

---

# EXHIBIT C

# United States Patent Office

938,510

Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 387,884, filed Mar. 30, 1971



Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y.  10017

For: CIGARETTES, in CLASS 17 (INT. CL. 34).

First use 1883; in commerce 1883.

Applicant disclaims the words "Filter Cigarettes" apart from the mark as shown.

The drawing is lined to indicate the colors red and gold and these colors are used and claimed as a feature of the mark.

Owner of Reg. Nos. 68,502, 154,007, and others.

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-24 10:23:09 ET

**Serial Number:** 72387884 Assignment Information    Trademark Document Retrieval

**Registration Number:** 938510

**Mark**



**(words only):** MARLBOROFILTER CIGARETTES

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-04-12

**Filing Date:** 1971-03-30

**Transformed into a National Application:** No

**Registration Date:** 1972-07-25

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-10-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PHILIP MORRIS INCORPORATED

**Address:**
PHILIP MORRIS INCORPORATED
6601 West Broad Street

Richmond, VA 232616603
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

### GOODS AND/OR SERVICES

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active
CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1883-00-00
**First Use in Commerce Date:** 1883-00-00

---

### ADDITIONAL INFORMATION

**Disclaimer:** APPLICANT DISCLAIMS THE WORDS "FILTER CIGARETTES" APART FROM THE MARK AS SHOWN.

**Lining and Stippling:** THE DRAWING IS LINED TO INDICATE THE COLORS RED AND GOLD AND THESE COLORS ARE USED AND CLAIMED AS A FEATURE OF THE MARK.

**Design Search Code(s):**
**03.05.01** - Horses
**03.05.26** - Costumed horses, donkeys, zebras
**04.05.25** - Other mythological or legendary animals
**19.07.03** - Boxes, cigarette
**24.01.03** - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

**Prior Registration Number(s):**
68502
854007

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2006-05-08 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-08 - TEAS Change Of Owner Address Received

2002-04-12 - Second renewal 10 year

2002-04-12 - Section 8 (10-year) accepted/ Section 9 granted

2002-02-14 - Combined Section 8 (10-year)/Section 9 filed

1992-04-15 - First renewal 10 year

1992-03-13 - Section 9 filed/check record for Section 8

1977-11-28 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
ROBERT J. ECK

**Correspondent**
Alisa D. Hurlburt
Philip Morris USA Inc.
6601 West Broad Street
Richmond VA 23230

---

# EXHIBIT D

Int. Cl.: 34

Prior U.S. Cl.: 17

Reg. No. 1,039,412

## United States Patent Office

Registered May 11, 1976

TRADEMARK
Principal Register

## MARLBORO LIGHTS

Phillip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y. 10017

For: CIGARETTES, in CLASS 17 (INT. CL. 34).
First use Aug. 25, 1971; in commerce Aug. 25, 1971.
The word "Lights" is expressly disclaimed apart from the mark in its entirety.
Owner of Reg. Nos. 68,502, 878,062, and others.

Ser. No. 401,870, filed Sept. 2, 1971.

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-09-24 10:24:00 ET

**Serial Number:** 72401870 Assignment Information        Trademark Document Retrieval

**Registration Number:** 1039412

**Mark (words only):** MARLBORO LIGHTS

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-07-08

**Filing Date:** 1971-09-02

**Transformed into a National Application:** No

**Registration Date:** 1976-05-11

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-07-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Philip Morris USA Inc.

**Address:**
Philip Morris USA Inc.
6601 West Broad Street
Richmond, VA 23230
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active

CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1971-08-25
**First Use in Commerce Date:** 1971-08-25

---

## ADDITIONAL INFORMATION

**Disclaimer:** THE WORD "LIGHTS" IS EXPRESSLY DISCLAIMED APART FROM THE MARK IN ITS ENTIRETY.

**Prior Registration Number(s):**
68502
878062

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-08 - Second renewal 10 year

2006-07-08 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-08 - Assigned To Paralegal

2006-05-03 - Combined Section 8 (10-year)/Section 9 filed

2006-05-09 - TEAS Change Of Correspondence Received

2006-05-05 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-05 - TEAS Change Of Owner Address Received

2006-05-03 - TEAS Section 8 & 9 Received

2006-05-03 - TEAS Change Of Correspondence Received

1996-05-30 - First renewal 10 year

1996-03-18 - Section 9 filed/check record for Section 8

1982-05-10 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
James H. Johnson, Jr.

Case 1:07-cv-08359-LAK-GWG      Document 1-2      Filed 09/26/2007      Page 25 of 30

**Correspondent**
Alisa D. Hurlburt
Philip Morris USA Inc.
6601 West Broad Street
Richmond VA 23230

# EXHIBIT E

Int. Cl.: 34

Prior U.S. Cl.: 17

Reg. No. 1,039,413

# United States Patent Office

Registered May 11, 1976

## TRADEMARK
### Principal Register



Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y.  10017

For: CIGARETTES, in CLASS 17 (INT. CL. 34).

First use not later than Sept. 2, 1971; in commerce not later than Sept. 2, 1971.

The word "Lights" is expressly disclaimed apart from the mark in its entirety.

The words "Veni-Vidi-Vici" are Latin and mean "I came, I saw, I conquered."

Owner of Reg. Nos. 68,502, 760,533, and others.

Ser. No. 430,002, filed July 17, 1972.

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-09-24 10:24:41 ET

**Serial Number:** 72430002 <u>Assignment Information</u>    <u>Trademark Document Retrieval</u>

**Registration Number:** 1039413

**Mark**



**(words only):** MARLBORO LIGHTS FILTER CIGARETTES LOWERED TAR & NICOTINE VENI VEDI VICI PM

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-07-08

**Filing Date:** 1972-07-17

**Transformed into a National Application:** No

**Registration Date:** 1976-05-11

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-07-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PHILIP MOFFIS USA INC.

**Address:**
PHILIP MOFFIS USA INC.

6601 West Broad Street
RICHMONS, VA 23230
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active
CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1971-09-02
**First Use in Commerce Date:** 1971-09-02

---

## ADDITIONAL INFORMATION

**Disclaimer:** THE WORD "LIGHTS" IS EXPRESSLY DISCLAIMED APART FROM THE MARK IN ITS
ENTIRETY.

**Translation:** THE WORDS "VENI-VIDI-VICI" ARE LATIN AND MEAN "I CAME, I SAW, I
CONQUERED."

**Design Search Code(s):**
**03.01.02** - Lion insignia (heraldic lion)
**19.07.03** - Boxes, cigarette
**24.01.03** - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon
**26.11.02** - Plain single line rectangles; Rectangles (single line)
**26.15.21** - Polygons that are completely or partially shaded

**Prior Registration Number(s):**
68502
760533

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-07-08 - Second renewal 10 year

2006-07-08 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-08 - Assigned To Paralegal

2006-05-03 - Combined Section 8 (10-year)/Section 9 filed

2006-05-09 - TEAS Change Of Correspondence Received

2006-05-05 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-05 - TEAS Change Of Owner Address Received

2006-05-03 - TEAS Section 8 & 9 Received

2006-05-03 - TEAS Change Of Correspondence Received

1996-04-30 - First renewal 10 year

1996-03-18 - Section 9 filed/check record for Section 8

1982-05-10 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ROBERT J. ECK

**Correspondent**
Alisa D. Hurlburt
Philip Morris USA Inc.
6601 West Broad Street
Richmond VA 23261-6603