**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP MORRIS USA, INC. | ATTORNEY/CLIENT: CULLEN & DYKMAN, ESQS<br>FILE #<br>INDEX # 07- CIV 8359<br>DATE INDEX # PURCHASED:<br>DATE AFFIDAVIT FILED: |
| *against* | |
| A & V MINIMARKET, INC., ET AL | AFFIDAVIT OF SERVICE |

State of New York, County of Suffolk

I, BETHEL DEBNAM being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in BRENTWOOD, NY.

That on October 2, 2007 at 12:00 PM, deponent served the within named CIVIL COVER SHEET, SUMMONS & COMPLAINT, 7-1 STATEMENT & REPORT ON THE FILINGS OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK upon BRONX # 1 DISCOUNT GROCERY CORP., A NEW YORK CORPORATION DOING BUSINESS AS NY #1 DISCOUNT GROCERY, therein named. Said service was effected at 192 E. 167TH ST, BRONX, NY 10456, in the following manner;

A Domestic/*Foreign* corporation, by delivering thereat a true copy *of each* to MOHAMED OULD personally; deponent knew said corporation so served to be the corporation described as the named recipient and knew said individual to be the MANAGER thereof, an authorized person to accept service of process.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Brown** Hair: **Black** Age(Approx): **35** Height(Approx): **5' 10"** Weight(Approx): **190-200 lbs**
Other: **MUSTACHE & BEARD**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
BETHEL DEBNAM,   License No. 1128147

| | |
|---|---|
| Sworn to before me on October 3, 2007<br>_____<br>RAE BAFFA<br>Notary Public, State of New York<br>No. 4920453<br>Qualified in Suffolk County<br>Commission Expires July 5, 2010 | Sworn before me on October 3, 2007<br>_____<br>ANTHONY BAFFA<br>Notary Public, State of New York<br>No. 4974975<br>Qualified in Suffolk County<br>Commission Expires November 26, 2010 |

*IE*VEREADY
PROCESS SERVICE INC.
P.O. DRAWER 1537, STONYBROOK, NEW YORK 11790