PM_Rule7-1Statement_Deft_Francisca_Santiago.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PHILIP MORRIS USA INC., : ECF CASE
: 
: 07 CV 8359 (LAK)
           Plaintiff, :
: RULE 7.1 STATEMENT
      v. : FOR DEFENDANT
: <u>FRANCISCA SANTIAGO</u>
A & V MINIMARKET, INC., a New York corporation :
doing business as A & V MINI MARKET, et al., :
:
           Defendants. :
:
---------------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, Francisca Santiago (an individual) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  NONE

New York, New York
October 26, 2007

*/s/ Carl E. Person*

Carl E. Person   (CP 7637)
Attorney for Defendant, Francisca Santiago
325 W. 45th Street - Suite 201
New York NY  10036-3803
Tel: 212-307-4444

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
PHILIP MORRIS USA INC.,                                          :   ECF CASE
                                                                 :
                                                                 :   07 CV 8359 (LAK)
                        Plaintiff,                               :
                                                                 :   PROOF OF SERVICE
        v.                                                       :
                                                                 :
A & V MINIMARKET, INC., a New York corporation                   :
doing business as A & V MINI MARKET, et al.,                     :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that g is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on October 26, 2007, I served a true copy of the foregoing **RULE 7.1 STATEMENT FOR DEFENDANT FRANCISCA SANTIAGO** (the "Document"), on the attorneys for the Plaintiff and all other parties who have appeared by an attorney, through the mailing of a copy of the Document to the attorneys listed below and by the filing of this ECF Document with the Court's Electronic Case Filing system. No unrepresented parties have appeared.

| | |
|---|---|
| **Stephen W. Edwards**<br>Law Offices of Stephen W. Edwards<br>100 Ocean Parkway Suite 2B<br>Brooklyn, NY 11218 | Attorneys for Defendant,<br>Harlem Carniceria Hispana & Deli, Inc. |
| **Jennifer L. Larson**<br>Heller Ehrman, White & McAuliffe, LLP (NYC)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524 | Attorneys for Plaintiff |

**Dated:** New York, New York
        October 26, 2007

By _____
        Carl E. Person (CP 7637)

2