HW_Notice_of_Appear_Deft_Francisca_Santiago.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PHILIP MORRIS USA INC.,

                 Plaintiff,

v.

A & V MINIMARKET, INC., a New York corporation
doing business as A & V MINI MARKET, et al.,

                 Defendants.
----------------------------------------------------------------x

ECF CASE

07 CV 8359 (LAK)

NOTICE OF APPEARANCE
FOR DEFENDANT
FRANCISCA SANTIAGO

      Please take notice that the undersigned counsel, **Carl E. Person**, is appearing as counsel on behalf of Defendant, **Francisca Santiago**.

Dated:   New York, New York
          October 26, 2007

                                       /s/ Carl E. Person

                                Carl E. Person  (CP 7637)
                                Attorney for the Defendant, Francisca Santiago
                                325 W. 45th Street - Suite 201
                                New York, New York 10036-3803
                                (212) 307-4444
                                Email: carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PHILIP MORRIS USA INC., : ECF CASE
:
: 07 CV 8359 (LAK)
Plaintiff, :
: PROOF OF SERVICE
v. :
:
A & V MINIMARKET, INC., a New York corporation :
doing business as A & V MINI MARKET, et al., :
:
Defendants. :
:
---------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on October 26, 2007, I served a true copy of the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT FRANCISCA SANTIAGO** (the "Document"), on the attorneys for the Plaintiff and all other parties who have appeared by an attorney, through the mailing of a copy of the Document to the attorneys listed below and by the filing of this ECF Document with the Court's Electronic Case Filing system. No unrepresented parties have appeared.

| | |
|---|---|
| **Stephen W. Edwards**<br>Law Offices of Stephen W. Edwards<br>100 Ocean Parkway Suite 2B<br>Brooklyn, NY 11218 | Attorneys for Defendant,<br>Harlem Carniceria Hispana & Deli, Inc. |
| **Jennifer L. Larson**<br>Heller Ehrman, White & McAuliffe, LLP (NYC)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524 | Attorneys for Plaintiff |

Dated: New York, New York
       October 26, 2007

By _____
Carl E. Person (CP 7637)

2