sdhigh

DOCUMENT# 55283

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PHILIP MORRIS USA, INC.**

    *against*

**A & V MINIMARKET, INC., ET AL**

State of New York, County of Suffolk

ATTORNEY/CLIENT: CULLEN & DYKMAN, ESQS
FILE #
INDEX # 07- CIV 8359
DATE INDEX # PURCHASED:
DATE AFFIDAVIT FILED:

**AFFIDAVIT OF SERVICE**



I, BETHEL DEBNAM being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in BRENTWOOD, NY.

That on October 2, 2007 at 10:50 AM, deponent served the within named CIVIL COVER SHEET, SUMMONS & COMPLAINT, 7-1 STATEMENT & REPORT ON THE FILINGS OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK upon LA FAVORITA DELI GROCERY CORP., A NEW YORK CORPORATION DOING BUSINESS AS LA FAVORITA DELI GROCERY, therein named. Said service was effected at 3515 ROCHAMBEAU AVENUE, BRONX, NY 10459, in the following manner;

A Domestic/*Foreign* corporation, by delivering thereat a true copy *of each* to VICENTE URENA personally; deponent knew said corporation so served to be the corporation described as the named recipient and knew said individual to be the MANAGER thereof, an authorized person to accept service of process.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **Brown** Hair: **Grey** Age(Approx): **45** Height(Approx): **5' 4"** Weight(Approx): **130-140 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BETHEL DEBNAM, License No. 1128147

Sworn to before me on October 2, 2007

RAE BAFFA
Notary Public, State of New York
No. 4920453
Qualified in Suffolk County
Commission Expires July 5, 2010

Sworn before me on October 2, 2007

ANTHONY BAFFA
Notary Public, State of New York
No. 4974975
Qualified in Suffolk County
Commission Expires November 26, 2010

*I*EVEREADY
PROCESS SERVICE INC.
P.O. DRAWER 1537, STONYBROOK, NEW YORK 11790

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PHILIP MORRIS USA, INC.**

*against*

**A & V MINIMARKET, INC., ET AL**

ATTORNEY/CLIENT: CULLEN & DYKMAN, ESQS
FILE #
INDEX # 07- CIV 8359
DATE INDEX # PURCHASED:
DATE AFFIDAVIT FILED:

**AFFIDAVIT OF SERVICE**

COPY

State of New York, County of Suffolk

I, CURTIS D. DUNCAN being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in BAY SHORE, NY.

That on October 11, 2007 at 8:56 AM, deponent served the within named CIVIL COVER SHEET, SUMMONS & COMPLAINT, 7-1 STATEMENT & REPORT ON THE FILINGS OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK upon LaFAVORITA DELI GROCERY CORP. A NEW YORK CORPORATION DOING BUSINESS AS LaFAVORITA DELI GROCERY, therein named. Said service was effected at C/O ABS & CO., 1866 WOOD AVENUE, BRONX, NY 10460, in the following manner;

A Domestic/*Foreign* corporation, by delivering thereat a true copy *of each* to JOSE MARTINEZ personally; deponent knew said corporation so served to be the corporation described as the named recipient and knew said individual to be the MANAGER thereof, an authorized person to accept service of process.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **Grey** Age(Approx): **65** Height(Approx): **5' 2"** Weight(Approx): **140-150 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
CURTIS D. DUNCAN,   License No. 1212924

Sworn to before me on October 11, 2007

_____
RAE BAFFA
Notary Public, State of New York
No. 4920453
Qualified in Suffolk County
Commission Expires July 5, 2010

Sworn before me on October 11, 2007

_____
ANTHONY BAFFA
Notary Public, State of New York
No. 4974975
Qualified in Suffolk County
Commission Expires November 26, 2010

*I*EVEREADY
PROCESS SERVICE INC.
P.O. DRAWER 1537, STONYBROOK, NEW YORK 11790