Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP MORRIS USA INC.,

                              Plaintiff,

      v.                                       No. 07 Civ. 8359 (LAK)(GWG)

A & V MINIMARKET, INC., a New York
corporation doing business as A & V MINI
MARKET, *et al.*,

                        Defendants.

## REQUEST FOR CERTIFICATE OF DEFAULT

TO THE CLERK OF THE COURT:

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1,

Plaintiff Philip Morris USA Inc. hereby requests that you enter default in this action against

Defendant Leena Deli & Grocery Corp., a New York corporation doing business as Leena Deli

& Grocery ("Leena Deli"). Default should be entered because Leena Deli has not answered or

responded to the Complaint within the time prescribed by Rule 12 of the Federal Rules of Civil

Procedure or otherwise appeared in this action. The facts justifying the entry of default are set forth in the attached Affidavit of Marianne McCarthy in Support of Request for Certificate of Default, and a proposed Clerk's Certificate of Default is also attached hereto.

Dated: January 25, 2008                    CULLEN AND DYKMAN LLP

Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 296-9155

*Of counsel:*

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff Philip Morris USA Inc.*

2

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 832-8300
Facsimile:  (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone:  (516) 357-3700
Facsimile:  (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*, <br><br> Defendants. | No. 07 Civ. 8359 (LAK)(GWG) |

### AFFIDAVIT OF MARIANNE MCCARTHY
### IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

STATE OF NEW YORK     )
                                        )    ss.:
COUNTY OF NASSAU    )

MARIANNE MCCARTHY, being duly sworn, deposes and says:

1.    I am a member of the Bar of this Court and am Of Counsel to the law firm of

Cullen and Dykman LLP, co-counsel to Heller Ehrman LLP, attorneys for Plaintiff Philip Morris

USA Inc. I am fully familiar with the facts and circumstances surrounding this action. I make this declaration in support of Philip Morris USA Inc.'s request for a Certificate of Default against Defendant Leena Deli & Grocery Corp., a New York corporation doing business as Leena Deli & Grocery ("Leena Deli"), pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

2.    Upon information and belief, Leena Deli is not an infant, in the military, or an incompetent person.

3.    Philip Morris USA Inc. commenced this action on September 26, 2007 by the filing of the Summons and Complaint. A true and correct copy of the Summons and Complaint (without exhibits) is annexed hereto as Exhibit A.

4.    In accordance with Fed. R. Civ. P. 4(h)(1), Philip Morris USA Inc. effected service of process on Leena Deli by serving a copy of the Summons and Complaint on Fernando Lopez, a manager and authorized agent of Leena Deli, on October 25, 2007, at the business address of 1616 Bruckner Boulevard, Bronx, New York 10473. These facts are set forth in the Affidavit of Service of Curtis D. Duncan, sworn to October 25, 2007, a true and correct copy of which is annexed hereto as Exhibit B.

5.    Under Fed. R. Civ. P. 12(a)(1)(A), Leena Deli was required to answer or respond to the Complaint no later than November 14, 2007.

6.    Leena Deli has not answered the Complaint or otherwise defended the action, and the time for Leena Deli to do so has expired.

2

WHEREFORE, on behalf of Philip Morris USA Inc., I respectfully request a Certificate of Default against Leena Deli.

MARIANNE MCCARTHY

Sworn to before me this
25th day of January, 2008.

Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 20 11

3

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:  (212) 832-8300
Facsimile:  (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone:  (516) 357-3700
Facsimile:  (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP MORRIS USA INC.,

Plaintiff,

v.

A & V MINIMARKET, INC., a New York
corporation doing business as A & V MINI
MARKET, *et al.*,

Defendants.

No. 07 Civ. 8359 (LAK)(GWG)

---

### CLERK'S CERTIFICATE OF DEFAULT

I, J. Michael McMahon, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that a copy of the Summons and Complaint in this

action, filed September 26, 2007, according to the proof of service, was served upon Defendant

Leena Deli & Grocery Corp., a New York Corporation doing business as Leena Deli & Grocery

("Leena Deli"), in accordance with Rule 4(h)(1) of the Federal Rules of Civil Procedure.  In

particular, on October 25, 2007, Fernando Lopez, a manager and authorized agent of Leena Deli, accepted service of the Summons and Complaint.

I further certify that the docket entries indicate that Leena Deli has not filed an answer or otherwise moved with respect to the Complaint.

The default by Defendant Leena Deli is hereby noted.

Dated: New York, New York

_____, 2008

J. Michael McMahon
Clerk of the Court


By: _____
      Deputy Clerk

2