Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*,<br><br>                              Defendants. | No. 07 Civ. 8359 (LAK)(GWG) |

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO THE CLERK OF THE COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, Plaintiff Philip Morris USA Inc. hereby requests that you enter default in this action against Defendant S&P News. Default should be entered because S&P News has not answered or responded to the Complaint within the time prescribed by Rule 12 of the Federal Rules of Civil Procedure or otherwise appeared in this action. The facts justifying the entry of default are set

forth in the attached Affidavit of Marianne McCarthy in Support of Request for Certificate of Default, and a proposed Clerk's Certificate of Default is also attached hereto.

Dated: June 2, 2008                    CULLEN AND DYKMAN LLP

                                                          /s/ Marianne McCarthy
                                                          Marianne McCarthy (MM 8807)
                                                          Cullen and Dykman LLP
                                                          100 Quentin Roosevelt Boulevard
                                                          Garden City, New York 11530
                                                          Telephone: (516) 357-3700
                                                          Facsimile: (516) 296-9155

*Of counsel:*

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff Philip Morris USA Inc.*

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP MORRIS USA INC.,

      Plaintiff,

v.

A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*,

      Defendants.

No. 07 Civ. 8359 (LAK)(GWG)

### AFFIDAVIT OF MARIANNE MCCARTHY
### IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NASSAU  )

  MARIANNE MCCARTHY, being duly sworn, deposes and says:

  1. I am a member of the Bar of this Court and am Of Counsel to the law firm of Cullen and Dykman LLP, co-counsel to Heller Ehrman LLP, attorneys for Plaintiff Philip Morris

USA Inc. I am fully familiar with the facts and circumstances surrounding this action. I make this declaration in support of Philip Morris USA Inc.'s request for a Certificate of Default against Defendant S&P News, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

2.  Upon information and belief, S&P News is not an infant, in the military, or an incompetent person.

3.  Philip Morris USA Inc. commenced this action on September 26, 2007 by the filing of the Summons and Complaint. A true and correct copy of the Summons and Complaint (without exhibits) is annexed hereto as Exhibit A.

4.  In accordance with Fed. R. Civ. P. 4(h)(1), Philip Morris USA Inc. effected service of process on S&P News by serving a copy of the Summons and Complaint on Abdul Maaleek, a manager and authorized agent of S&P News, on October 2, 2007, at the business address of 74th Street and Broadway N.W. Corner, New York, New York 10023. These facts are set forth in the Affidavit of Service of Bethel Debnam, sworn to October 3, 2007, a true and correct copy of which is annexed hereto as Exhibit B.

5.  Under Fed. R. Civ. P. 12(a)(1)(A), S&P News was required to answer or respond to the Complaint no later than October 22, 2007.

6.  S&P News has not answered the Complaint or otherwise defended the action, and the time for S&P News to do so has expired.

WHEREFORE, on behalf of Philip Morris USA Inc., I respectfully request a Certificate of Default against S&P News.

*Marianne McCarthy*
MARIANNE MCCARTHY

Sworn to before me this 2nd day of June, 2008.

*Sharon A. Cuffie*
Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 20 11

3