## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV8359                              Purchased/Filed: September 26, 2007

STATE OF NEW YORK              SUPREME COURT              SOUTHERN DISTRICT

_Philip Morris USA Inc._                                    Plaintiff

against

_A & V Minimarket, Inc., et al_                            Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ November 1, 2007 _____ , at _2:00 pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet, Summons, Complaint and Rule 7.1

on

_____ 394 Grocery Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___38___    Approx. Wt: ___145___    Approx. Ht: ___5'5"___

Color of skin: ___White___    Hair color: ___Blonde___    Sex: ___F___    Other: _____

Sworn to before me on this

_5th_  day of _____ November, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709126

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**