Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*,<br><br>                    Defendants. | No. 07 Civ. 8359 (LAK)(GWG) |

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO THE CLERK OF THE COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, Plaintiff Philip Morris USA Inc. hereby requests that you enter default in this action against Defendant Manny's Mini Market, Inc., a New York corporation doing business as Manny's Mini Market ("Manny's"). Default should be entered because Manny's has not answered or responded to the Complaint within the time prescribed by Rule 12 of the Federal Rules of Civil

Procedure or otherwise appeared in this action. The facts justifying the entry of default are set forth in the attached Affidavit of Marianne McCarthy in Support of Request for Certificate of Default, and a proposed Clerk's Certificate of Default is also attached hereto.

Dated: June 23, 2008

CULLEN AND DYKMAN LLP

*Marianne McCarthy* (signature)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 296-9155

*Of counsel:*

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Plaintiff Philip Morris USA Inc.*

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br>                            Plaintiff, <br><br> v. <br><br> A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*, <br><br>                            Defendants. | No. 07 Civ. 8359 (LAK)(GWG) |

**AFFIDAVIT OF MARIANNE MCCARTHY**
**IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

STATE OF NEW YORK    )
                                        )  ss.:
COUNTY OF NASSAU  )

    MARIANNE MCCARTHY, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Court and am Of Counsel to the law firm of

Cullen and Dykman LLP, co-counsel to Heller Ehrman LLP, attorneys for Plaintiff Philip Morris

USA Inc. I am fully familiar with the facts and circumstances surrounding this action. I make this declaration in support of Philip Morris USA Inc.'s request for a Certificate of Default against Defendant Manny's Mini Market, Inc., a New York corporation doing business as Manny's Mini Market ("Manny's"), pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

2. Upon information and belief, Manny's is not an infant, in the military, or an incompetent person.

3. Philip Morris USA Inc. commenced this action on September 26, 2007 by the filing of the Summons and Complaint. A true and correct copy of the Summons and Complaint (without exhibits) is annexed hereto as Exhibit A.

4. In accordance with Fed. R. Civ. P. 4(h)(1), Philip Morris USA Inc. effected service of process on Manny's by serving a copy of the Summons and Complaint on Migdalia Tavares, a manager and authorized agent of Manny's, on October 1, 2007, at the business address of 1405 Townshend Avenue, Bronx, New York 10452. These facts are set forth in the Affidavit of Service of Bethel Debnam, sworn to October 2, 2007, a true and correct copy of which is annexed hereto as Exhibit B.

5. Under Fed. R. Civ. P. 12(a)(1)(A), Manny's was required to answer or respond to the Complaint no later than October 22, 2007.

6. Manny's has not answered the Complaint or otherwise defended the action, and the time for Manny's to do so has expired.

WHEREFORE, on behalf of Philip Morris USA Inc., I respectfully request a Certificate of Default against Manny's.

*Marianne McCarthy*
MARIANNE MCCARTHY

Sworn to before me this
23 day of June, 2008.

*Sharon A. Cuffie*
Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 2011

3

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP MORRIS USA INC.,

                    Plaintiff,

    v.

A & V MINIMARKET, INC., a New York corporation doing business as A & V MINI MARKET, *et al.*,

                    Defendants.

No. 07 Civ. 8359 (LAK)(GWG)

---

### CLERK'S CERTIFICATE OF DEFAULT

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that a copy of the Summons and Complaint in this action, filed September 26, 2007, according to the proof of service, was served upon Defendant Manny's Mini Market, Inc., a New York corporation doing business as Manny's Mini Market ("Manny's"), in accordance with Rule 4(h)(1) of the Federal Rules of Civil Procedure. In

particular, on October 1, 2007, Migdalia Tavares, a manager and authorized agent of Manny's, accepted service of the Summons and Complaint.

I further certify that the docket entries indicate that Manny's has not filed an answer or otherwise moved with respect to the Complaint.

The default by Defendant Manny's is hereby noted.

Dated: New York, New York

_____, 2008

> J. Michael McMahon
> Clerk of the Court
>
>
> By: _____
>    Deputy Clerk