Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A & V MINIMARKET, INC., a New York Corporation doing business as A & V MINI MARKET, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 07 Civ. 8359 (LAK)(GWG)<br><br>**ECF CASE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FELICIANO LOPEZ, INDIVIDUALLY AND DOING BUSINESS AS LOPEZ FRUIT & <u>VEGETABLE MARKET</u>** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Philip Morris USA Inc. ("Philip Morris USA") voluntarily dismisses all claims against defendant Feliciano Lopez, individually and doing business as Lopez Fruit & Vegetable Market ("Lopez"), in the above-captioned action without prejudice.  Philip Morris

USA further states that defendant Lopez has not served an answer or a motion for summary judgment. Nothing herein shall affect the claims asserted against any other defendant.

Dated: New York, New York
      July 23, 2008

                HELLER EHRMAN LLP

By: _____s/_____
    Jennifer L. Larson (JL 8114)
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 832-8300
    Facsimile: (212) 763-7600

    Marianne McCarthy (MM 8807)
    Cullen and Dykman LLP
    100 Quentin Roosevelt Boulevard
    Garden City, New York 11530
    Telephone: (516) 357-3700
    Facsimile: (516) 296-9155

*Attorneys for Plaintiff Philip Morris USA Inc.*