KAPLAN, J

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

James G. Ryan (JR 9446)
Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792

*Attorneys for Plaintiff Philip Morris USA Inc.*

[Stamp: JUL 24 2008 JUDGE K... CHAMBERS]

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 07/24/08]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> A & V MINIMARKET, INC., a New York Corporation doing business as A & V MINI MARKET, et al., <br><br> Defendants. | Case No. 07 Civ. 8359 (LAK)(GWG) <br><br> ECF CASE <br><br> [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT FRANCISCA SANTIAGO WITHOUT PREJUDICE <br>(Fed. R. Civ. P. 41(a)(2)) |

IT IS HEREBY ORDERED, ADJUDGED and DECREED that upon the request of

Plaintiff Philip Morris USA Inc. by its attorneys, Heller Ehrman LLP, and for good cause shown

this action is dismissed without prejudice solely against defendant Francisca Santiago,

individually and doing business as Lopez Fruit & Vegetable Market, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure.

Dated: July **24**, 2008

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Marianne McCarthy (MM 8807)
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 296-9155

*Attorneys for Plaintiff Philip Morris USA Inc.*

2