## Philip Morris USA Inc. -- Counterfeit Cigarette Sales Litigation
## Default Judgment Awards Against Retailers

|   | CASE | STATUTORY DAMAGES | ATTORNEY FEES | COSTS | PERMANENT INJUNCTION |
|---|---|---|---|---|---|
| 1 | *Philip Morris USA Inc. v. 51st Produce, Inc.*, Case No. CV-06-587-CAS (C.D. Cal. Dec. 18, 2006) | $2,000.00 | $400.00 | $139.62 | Granted |
| 2 | *Philip Morris USA Inc. v. 7 Star Market, Inc. dba 7 Star Market*, Case No. EP-03-CA-0148-PRM (W.D. Tex. Mar. 22, 2004) | $7,500.00 | $7,500.00 | N/A | Granted |
| 3 | *Philip Morris USA Inc. v. Agui Market*, Case No. CV03-2798 GAF (PJWx) (C.D. Cal. July 14, 2004) | $2,000.00 | $400.00 | $68.19 | Granted |
| 4 | *Philip Morris USA Inc. v. Cheap Cigarettes*, Case No. CIV.S-03-2203 WBS (DAD) (E.D. Cal. Dec. 13, 2004) | $10,000.00 | $2,484.25 | N/A | Granted |
| 5 | *Philip Morris USA Inc. v. Cigarette Zone*, Case No. CV03-8160 RSWL (SSx) (C.D. Cal. Oct. 5, 2004) | $2,000.00 | N/A | $74.45 | Granted |
| 6 | *Philip Morris USA Inc. v. Dhillon*, Case No. CV02-8257 GAF (PJWx) (C.D. Cal. Oct. 20, 2003) | $10,000.00 | $6,453.50 | $2,199.49 | Granted |
| 7 | *Philip Morris USA Inc. v. Dhillon*, Case No. CV02-8257 GAF (PJWx) (C.D. Cal. May 22, 2003) | $100,000.00 | $24,289.00 | $4,911.00 | Granted |

## Philip Morris USA Inc. -- Counterfeit Cigarette Sales Litigation
## Default Judgment Awards Against Retailers

| | CASE | STATUTORY DAMAGES | ATTORNEY FEES | COSTS | PERMANENT INJUNCTION |
|---|---|---|---|---|---|
| 8 | *Philip Morris USA Inc. v. Diparun Cards*, Case No. CV03-1030 (E.D. N.Y. Sept. 27, 2004) | $500.00 | N/A | N/A | Granted |
| 9 | *Philip Morris USA Inc. v. Duong*, Case No. CIV-S.03-0825 WBS DAD (E.D. Cal. Nov. 26, 2003) | $10,000.00 | $5,287.50 | N/A | Granted |
| 10 | *Philip Morris USA Inc. v. Easy Moon, Inc.*, Case No. 03CV-02209 L(AJB) (S.D. Cal. Oct. 5, 2004) | $2,000.00 | $400.00 | $67.51 | Granted |
| 11 | *Philip Morris USA Inc. v. Escandon*, Case No. 05CV-01337 WBS (DAD) (E.D. Cal. Dec. 1, 2005) | $10,000.00 | $4,942.50 | N/A | Granted |
| 12 | *Philip Morris USA Inc. v. First Store 98 Discount, Inc.*, Case No. CV03-1462 GAF (PJWx) (C.D. Cal. Mar. 16, 2004) | $2,000.00 | $400.00 | $46.19 | Granted |
| 13 | *Philip Morris USA Inc. v. First Store 98 Discount, Inc.*, Case No. CV03-1462 GAF (PJWx) (C.D. Cal. Oct. 30, 2003) | $2,000.00 | $1,608.00 | $46.19 | Granted |
| 14 | *Philip Morris USA Inc. v. First Store 98 Discount, Inc.*, Case No. CV03-1462 GAF (PJWx) (C.D. Cal. Oct. 31, 2003) | $2,000.00 | $2,278.00 | $46.19 | Granted |
| 15 | *Philip Morris USA Inc. v. First Store 98 Discount, Inc.*, Case No. CV03-1462 GAF (PJWx) (C.D. Cal. Oct. 31, 2003) | $2,000.00 | $3,268.00 | $46.19 | Granted |

## Philip Morris USA Inc. -- Counterfeit Cigarette Sales Litigation
## Default Judgment Awards Against Retailers

| | CASE | STATUTORY DAMAGES | ATTORNEY FEES | COSTS | PERMANENT INJUNCTION |
|---|---|---|---|---|---|
| 16 | *Philip Morris USA Inc. v. First Store 98 Discount, Inc.*, Case No. CV03-1462 GAF (PJWx) (C.D. Cal. Oct. 31, 2003) | $2,000.00 | $2,768.00 | $46.19 | Granted |
| 17 | *Philip Morris USA Inc. v. Hoskin*, Case No. CV05-3278 CAS (SHx) (C.D. Cal. April 3, 2006) | $30,000.00 | $3,000.00 | $71.39 | Granted |
| 18 | *Philip Morris USA Inc. v. Hoskin*, Case No. CV05-3278 CAS (SHx) (C.D. Cal. April 3, 2006) | $15,000.00 | $2,100.00 | $71.39 | Granted |
| 19 | *Philip Morris USA Inc. v. Juan Sanchez*, Case No. 05 Civ. 4317 (HB) (S.D.N.Y. Feb. 15, 2007) | $2,000.00 | N/A | $100.00 | Granted |
| 20 | *Philip Morris USA Inc. v. Kond Enterprises, et al.*, Case No. CV 06-5486 JFW (MANx) (C.D. Cal. March 20, 2007) | $2,000.00 | $400.00 | $69.81 | Granted |
| | *Philip Morris USA Inc. v. Kond Enterprises, et al.*, Case No. CV 06-5486 JFW (MANx) (C.D. Cal. March 20, 2007) | $2,000.00 | $400.00 | $69.81 | Granted |
| 21 | *Philip Morris USA Inc. v. LA Liquor*, Case No. CV03-6274 SJO (C.D. Cal. August 20, 2004) | $2,000.00 | $400.00 | $154.95 | Granted |
| 22 | *Philip Morris USA Inc. v. La Palma Meat Market*, Case No. 05 Civ. 2104 (E.D.N.Y. Feb. 6, 2007) | $2,000.00 | $400.00 | $133.33 | Granted |

## Philip Morris USA Inc. -- Counterfeit Cigarette Sales Litigation
## Default Judgment Awards Against Retailers

| | CASE | STATUTORY DAMAGES | ATTORNEY FEES | COSTS | PERMANENT INJUNCTION |
|---|---|---|---|---|---|
| 23 | *Philip Morris USA Inc. v. Lim*, Case Nos. C-03-0927 and C-03-1780 (N.D. Cal. Nov. 21, 2003) | $10,000.00 | N/A | N/A | Granted |
| 24 | *Philip Morris USA Inc. v. Marcos 86, Inc. dba Kenly Texaco Fast St.*, Case No. 5:03-CV-908-FL(3) (E.D. N.C. August 27, 2004) | $2,000.00 | $400.00 | $220.00 | Granted |
| 25 | *Philip Morris USA Inc. v. Nuroc Hoq*, Case No. CV04-4496 FMC (SHx) (C.D. Cal. Oct. 26, 2004) | $2,000.00 | N/A | $74.45 | Granted |
| 26 | *Philip Morris USA Inc. v. Peralta Food Market Corp. et al.*, Case No. 06-470 (DRD) (D.N.J. May 30, 2007) | $2,000.00 | $4,292.50 | N/A | Granted |
| | *Philip Morris USA Inc. v. Sanchez*, (S.D. N.Y. Feb. 15 2007) | $2,000.00 | N/A | $100.00 | Granted |
| 27 | *Philip Morris USA Inc. v. Shalabi*, Case No. CV03-4037 GAF (PJWx) (C.D. Cal. June 7, 2004) | $2,000.00 | $400.00 | $67.51 | Granted |
| 28 | *Philip Morris USA Inc. v. Tran*, Case No. CIV-S.03-1504 WBS DAD (E.D. Cal. Mar. 8, 2005) | $10,000.00 | $2,691.27 | N/A | Granted |
| 29 | *Philip Morris USA Inc. v. Zeidan*, Case No. C 02-05190 (N.D. Cal. June 24, 2003) | $1,000.00 | $8,542.50 | N/A | Granted |