STATE OF NEW YORK        )
                         )    ss.:
COUNTY OF NASSAU         )

SHARON CUFFIE, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Bay Shore, New York and is not a party to this action.

That on the 4th day of August, 2008, she served the within Notice of Motion for Default Judgment against defendants LaFavorita Deli Grocery Corp., Uptown Deli & Grocery Corp., I & I Convenience Store Inc., TW Deli & Grocery Corp., Leena Deli & Grocery Corp., Menzal S. Azookari, Bronx #1 Discount Grocery Corp., Adel Elsaidi, RHS Grocery, Inc. and University Deli & Grocery Corp, upon the parties listed below, by depositing a true copy thereof in a properly sealed, post-paid wrapper, in a post office box regularly maintained by the Government of the United States, located on the premises at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530 addressed as follows:

SEE ATTACHED SERVICE LIST

that being the address designated on the latest papers served by her in this action.

_____
SHARON CUFFIE

Sworn to before me this
5th day of August, 2008.

_____
Notary Public

GERALDINE LEBECK
NOTARY PUBLIC, State of New York
No. 30-4804779
Qualified in Nassau County
Commission Expires March 30, 10
12/31/2010

## SERVICE LIST - SDNY

A&V MiniMarket, Inc.
A&V Mini-Market
1166 Pugsley Avenue
Bronx, NY 10472
June 6, 2007
Marlboro

Timothy Alinwick, Esq.
Attorney for Abdo K.S. Nagi,
A.M.Grocery-DeliAbdo
111 Atlantic Avenue Suite 1R
Brooklyn, new York 11201
718-243-2833
Fax: 718-834-6161
e-mail: tpaln@hotmail.com

Gourmet Deli Grocery Corp.
Gourmet Deli
770 Hunts Point Avenue
Bronx, NY  10474
May 22, 2007
Marlboro

La Favorita Deli Grocery Corp.
La Favorita Deli Grocery
3515 Rochambeau Avenue
Bronx, NY  10459
May 15, 2007
Marlboro

F&J Deli Delight, Inc.
F&J Deli
768 Castle Hill Avenue
Bronx, NY 10473
June 5, 2007
Marlboro

Carl Person, Esq.
Attorney for Francisca Santiago,
Lopez Fruit & Vegetable Market
325 W. 45th Street
Suite 201
New York, New York 10036

212-307-4444
Fax: 212-307-0247
e-mail: carlpers@ix.netcom.com

Felciano Lopez
Lopez Fruit & Vegetable Market
600 Southern Boulevard
Bronx, NY 10455
April 28, 2007
Marlboro

Gold Mine Grocery, Inc.
Goldmine Grocery
1288 Washington Avenue
Bronx, NY 10456
April 25, 2007 and May 24, 2007
Marlboro

Uptown Deli & Grocery Corp.
Taiz Grocery
5 E. Gunhill Road
Bronx, NY 10467
May 14, 2007
Marlboro

Stephen Edwards, Esq.
Attorney for Harlem Carniceria Hispana & Deli, Inc.,
Harlem Carniceria Hispana & Deli
Law Offices of Stephen Edwards
100 Ocean Parkway, Suite #2B
Brooklyn, New York 11218
Fax: 718-422-0183
e-mail: stephenwedwards@juno.com

I & I Convenience Store, Inc.
I & I Covenience Store
804A E. 180th Street
Bronx, NY 10460
May 28, 2007
Marlboro

Inkona News Stand, Inc.
Ink on A
66 Avenue A
New York, NY 10009
May 4, 2007
Marlboro

TW Deli & Grocery Corp.
Jerome Deli Grocery
1759 Jerome Avenue
Bronx, NY 10453
June 5, 2007
Marlboro Lights

Hafiz Abdulla Saidi
Jumbo Deli Grocery
1300 Lafayette Avenue
Bronx, NY 10474
June 5, 2007
Marlboro

K & G Deli Grocery, Inc.
K & G Deli
9 W. 183rd Street
Bronx, NY 10453
April 27, 2007
Marlboro

Leena Deli & Grocery Corp.
Leena Deli & Grocery
1616 Bruckner Boulevard
Bronx, NY 10473
June 6, 2007
Marlboro

Menzal S. Azookari
Southern Blvd. Deli
901 Southern Boulevard
Bronx, NY 10459
May 15, 2007
Marlboro

Mannys Mini Market, Inc.
Mannys Mini Market
1405 Townshend Avenue
Bronx, NY 10452
April 15, 2007
Marlboro

Juana Suazo
Mateo Grocery
1160 Fteley Avenue
Bronx, NY 10472
June 6, 2007
Marlboro and Marlboro Lights

174th Street Melissa Food Center Corp.
Melissa Grocery
1004 E. 174th Street
Bronx, NY 10460
June 18, 2007
Marlboro

Matthew Food Center Corp.
Matthew Deli Food Center
2085 Valentine Avenue
Bronx, NY 10457
May 5, 2007
Marlboro

315 Grocery Corp.
315 Grocery & Candy
315 E. 194th Street
Bronx, NY 10458
June 19, 2007
Marlboro

Morris Ave. Food Mart Corp.
Morris Ave. Food Mart
980 Morris Avenue
Bronx, NY 10456
March 30, 2007 and May 10, 2007
Marlboro

Bronx #1 Discount Grocery Corp.
NY #1 Discount Grocery
192 E. 167th Street
Bronx, NY 10456
May 13, 2007
Marlboro

Adel Elsaidi
NY Best Deli Grocery
721 Burke Avenue
Bronx, NY 10455
May 12, 2007
Marlboro

Secondino Olivo
Olivo Grocery
280 St. Anns Avenue
Bronx, NY 10454
April 28, 2007
Marlboro

Antero Olivo
Olivo Grocery
280 St. Anns Avenue
Bronx, NY 10454
April 28, 2007
Marlboro

Francis Giordano, Esq.
Attorney for Paradise Deli Grocery,
Hajji Deli Grocery, Inc.
26 Court Street
Brooklyn, New York 11242
718-875-1991
Fax: 718-875-2054

R H S Grocery, Inc.
RHS Deli Grocery
1223 Boston Road
Bronx, NY 10460
May 26, 2007
Marlboro and Marlboro Lights

Solfis Zesarina Guerrero De Ortiz
Tonys Family Grocery
526 E. 183rd Street
Bronx, NY 10458
June 20, 2007
Marlboro

S & P News
74 St. and Broadway N.W. Corner
New York, NY 10023
April 16, 2007
Marlboro

Majmud Salej
Salej Grocery
646 E. 241st Street
Bronx, NY 10470
June 8, 2007
Marlboro

Sammy's II Deli Grocery, Inc.
4052 White Plains Road
Bronx, NY 10466
May 18, 2007
Marlboro

Victor J. Molina, Esq.
Attorney for San Juan Food Market, Inc.,
San Juan Food Market
247 East 149th Street
Bronx, New York 10451
718-401-1600
Fax: 718-401-1611
e-mail: V.J.Molina@Verizon.net

Waddah Almawri
W.A. Deli Grocery
2039 Grand Concourse
Bronx, NY 10453
April 27, 2007
Marlboro

Steven Deli Market
Steven Deli Supermarket Corp.
1135 Olmstead Avenue
Bronx, NY 10472
June 6, 2007
Marlboro Lights and Marlboro

Vega's Deli Grocery, Inc.
New Watson Food Market
1580 Watson Avenue
Bronx, NY 10472
June 6, 2007
Marlboro

Enrique A. Leal, Esq.
Attorney for 456 East W.A. Deli & Grocery, Inc.,
WA Grocery
P.O. Box 759
New York, New York 10033
212-927-5972
Fax: 212-781-8344

Gamil Hassan
West Farm Deli Grocery
1002 E. Tremont Avenue
Bronx, NY 10460
April 28, 2007
Marlboro

Ali Saeed
Yemen King Deli
323 E. 108th Street
New York, NY 10029
May 16, 2007
Marlboro

JJP Food Center Inc.
1086 JJP Food Center Inc.
1086 Boston Road
Bronx, NY 10456
April 21, 2007
Marlboro

394 Grocery Corp.
394 Grocery
394 E. 167th Street
Bronx, NY  10456
April 25, 2007
Marlboro

676 Castle Hill Gomez Grocery Corp.
676 Castle Hill Deli
676 Castle Hill Avenue
Bronx, NY  10473
June 5, 2007
Marlboro