STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

    PATRICIA A. GUNDERSON, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides at Sunnyside, New York and is not a party to this action.

    That on the 8th day of August, 2008, she served the within Notice of Motion for Default Judgment against defendant Paradise Deli Grocery, by Federal Express, Overnight (Next Business Day Delivery) by depositing a true copy thereof in a properly sealed Federal Express Envelope, in a mail box regularly maintained by Federal Express, located on the premises at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530 addressed as follows:

    Paradise Deli Grocery
    Hajji Deli Grocery, Inc.
    2135 1st Avenue
    New York, New York 10029

that being the address designated on the latest papers served by her in this action.

                                      PATRICIA A. GUNDERSON

Sworn to before me this
8th day of August, 2008

_____
Notary Public

MAUREEN SAUTER
Notary Public, State of New York
#01SA3898285
Qualified in Nassau County
Commission Expires June 30, 2011