MEMORANDUM ENDORSED

SCANNED
(JAB 7/30/08)

Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300 Telephone
(212) 763-7600 Fax

*Attorneys for Plaintiff Philip Morris USA Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP MORRIS USA INC.,

   Plaintiff,

v.

A & V MINIMARKET, INC., a New York Corporation doing business as A & V MINI MARKET, et al.,

   Defendants.

07 Civ. 8359 (LAK)(GWG)

ECF CASE

**NOTICE OF MOTION
FOR ADMISSION OF
KRISTA HARRIS CHEATHAM
*PRO HAC VICE* PURSUANT
TO LOCAL CIVIL RULE 1.3(c)**

PLEASE TAKE NOTICE that, upon the annexed Affidavits of Jennifer L. Larson and Krista Harris Cheatham In Support of Motion For Admission *Pro Hac Vice*, and the exhibits annexed thereto, Plaintiff Philip Morris USA Inc., by and through its undersigned counsel, will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, as soon as counsel may be heard, for an Order pursuant to Local Civil Rule 1.3(c) of the Local Rules for the Southern and Eastern Districts of New York admitting Krista Harris Cheatham to the bar of this Court *pro hac vice* in connection with the above-captioned action.

Granted
SO ORDERED: DATE: 8/25/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE